In the Matter of the ELIMINATION OF THE GRADE CROSS-ING OF THE WICOPEE-BEEKMAN COUNTY HIGHWAY, No. 627, over the Tracks of THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.

PUBLIC SERVICE COMMISSION et al., Appellants; THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

(Argued June 1, 1932; decided June 21, 1932.)

*Harry Myron Chamberlain* and *Charles G. Blakeslee* for Public Service Commission, appellant.

*John J. Bennett, Jr., Attorney-General* (*Leon M. Layden* of counsel), for State Department of Public Works, appellant.

*Madison G. Gonterman* and *Gilbert N. Reed* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.